Melinda Haag (SBN: 132612)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
mhaag@paulweiss.com

[Additional Counsel on Signature Page]

*Attorneys for Defendants*
Daniel H. Schulman, John D. Rainey, Aaron A. Anderson,
Jeffrey Karbowski, Rodney C. Adkins, Wences Casares,
Jonathan Christodoro, John J. Donahoe, David W. Dorman,
Belinda J. Johnson, Gail J. McGovern, Deborah M. Messemer,
David M. Moffett, Ann M. Sarnoff, and Frank F. Yeary, and
Nominal Defendant PayPal Holdings, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PAYPAL HOLDINGS INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | LEAD CASE NO. 3:21-CV-09720-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DERIVATIVE ACTION**<br><br>The Hon. Charles R. Breyer |

Plaintiffs, Nominal Defendant PayPal Holdings, Inc. ("PayPal"), and Individual Defendants Daniel H. Schulman, John D. Rainey, Aaron A. Anderson, Jeffrey Karbowski, Rodney C. Adkins, Wences Casares, Jonathan Christodoro, John J. Donahoe, David W. Dorman, Belinda J. Johnson, Gail J. McGovern, Deborah M. Messemer, David M. Moffett, Ann M. Sarnoff, and Frank D. Yeary (the "Individual Defendants," and together with PayPal, "Defendants"), by and through their respective attorneys of record, hereby submit this Stipulation and [Proposed] Order of Dismissal of this consolidated shareholder derivative action (the "Derivative Action").

WHEREAS, this Derivative Action is based on substantially similar factual allegations as those in a putative class action that alleged securities fraud against PayPal and certain of its officers, captioned *Kang* v. *PayPal Holdings, Inc.*, Case No. 3:21-cv-06468-CRB (N.D. Cal.) (the "Securities Class Action");

WHEREAS, defendants in the Securities Class Action moved to dismiss the operative complaint in that action;

WHEREAS, on February 1, 2022, the Court entered an Order staying this Derivative Action pending resolution of the motion to dismiss the Securities Class Action (Dkt. 13);

WHEREAS, on April 27, 2023, the Court granted the defendants' motion to dismiss the Securities Class Action, with prejudice, and issued judgment in favor of defendants;

WHEREAS, on May 30, 2023, the deadline for the plaintiffs to appeal the dismissal in the Securities Class Action expired, and the judgment in the Securities Class Action is now final; and

WHEREAS, no compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or their attorneys in this Derivative Action, and no promise to give any such compensation has been made;

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by the parties subject to the Court's approval that:

1 | 1. The above-captioned Derivative Action is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a).

2. Separate notice to PayPal stockholders of this Dismissal is not required because this Dismissal is without prejudice and no compensation in any form has passed directly or indirectly to Plaintiffs or their attorneys in this action and no promise to give any such compensation has been made.

3. The parties shall bear their own respective costs, expenses, and attorneys' fees.

| | | |
|---|---|---|
| 1 | Dated: June 29, 2023 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |

By: */s/ Melinda Haag*
   Melinda Haag (SBN: 132612)
   535 Mission Street, 24th Floor
   San Francisco, CA 94105
   Telephone: (628) 432-5100
   Facsimile: (628) 232-3101
   mhaag@paulweiss.com

   Daniel J. Kramer (*pro hac vice*)
   Audra J. Soloway (*pro hac vice*)
   Geoffrey R. Chepiga (*pro hac vice*)
   Daniel S. Sinnreich (admitted *pro hac vice*)
   PAUL, WEISS, RIFKIND,
     WHARTON & GARRISON LLP
   1285 Avenue of the Americas
   New York, NY 10019-6064
   Telephone: (212) 373-3000
   Facsimile: (212) 757-3990
   dkramer@paulweiss.com
   asoloway@paulweiss.com
   gchepiga@paulweiss.com
   dsinnreich@paulweiss.com

*Attorneys for Nominal Defendant PayPal Holdings, Inc. and Defendants Daniel H. Schulman, John D. Rainey, Aaron A. Anderson, Jeffrey Karbowski, Rodney C. Adkins, Wences Casares, Jonathan Christodoro, John J. Donahoe, David. W. Dorman, Belinda J. Johnson, Gail J. McGovern, Deborah M. Messemer, David, M. Moffett, Ann M. Sarnoff, and Frank D. Yeary*

Dated: June 29, 2023          THE BROWN LAW FIRM, P.C.

By: */s/ Robert C. Moest*
   Robert C. Moest (SBN 62166)
   2530 Wilshire Boulevard, Second Floor
   Santa Monica, California 90403
   Telephone: (310) 915-6628
   Facsimile: (310) 915-9897
   RMoest@aol.com

*Attorneys for Plaintiff Shang Pang*

Dated: June 29, 2023

|   |   |
|---|---|
| Dated: June 29, 2023 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| | By: */s/ Rachele R. Byrd* |
| | Rachele R. Byrd (SBN 190634) |
| | 750 B Street, Suite 1820 |
| | San Diego, California 92101 |
| | Telephone: (619) 239-4599 |
| | Facsimile: (619) 234-4599 |
| | byrd@whafh.com |

*Attorneys for Plaintiff Robert Lalor*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: June 29, 2023

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE